# John J. O'Brien

███ Englewood Street
Philadelphia, Pennsylvania 19111

johnjosobrien@me.com

> The request for leave to file excess pages in the reply is GRANTED in part and DENIED in part. Defendant may file **three (3)** additional pages.
>
> The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 42
>
> SO ORDERED        12/30/19
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

24 December, 2019

*Via ECF*
The Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. O'Brien, 11-CR-0652
                <u>Motion For Leave To Exceed Page Limit On Reply Brief</u>

Dear Judge Cave:

    In accordance with the briefing schedule approved by the Court on December 6, 2019 (ECF No. 39), the undersigned Defendant and Judgment-Debtor is required to submit any reply to the Government's Memorandum of Law In Opposition To Defendant's Motion For Reconsideration (ECF No. 40) by December 30, 2019.

    The Government's response brief, filed on December 13, 2019, introduces a number of substantive and procedural matters that were not addressed in Defendant's Statement of Objections and Memorandum of Law In Support of the Motion For Reconsideration (ECF No. 32-1), including, without limitation, the Defendant's alleged waiver of any claim that the subject restitution order is defective and the assertion that the Government is entitled to execute the writ of garnishment on the basis of Defendant's alleged default. The Defendant believes that, in order to address these issues adequately, a reply brief of more than 10 pages is necessary.

    Accordingly, the undersigned respectfully requests the Court's leave to submit a reply brief exceeding the 10-page limit but not in excess of 20 pages. I previously notified Assistant United States Attorney John E. Gura, Jr. of my intention to seek the Court's leave to exceed the page limit, and he expressed no objection at that time. I sent

Mr. Gura an email on December 23, 2019 requesting confirmation that the Government has no objection, but have not received a response as of this writing.

                                                Respectfully submitted,

                                                John J. O'Brien
                                                Debtor and Judgment-Debtor, *pro se*