# John J. O'Brien

1225 Englewood Street
Philadelphia, Pennsylvania 19111
johnjosobrien@me.com

April 13, 2021

Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312
*Cave_NYSDChambers@nysd.uscourts.gov*

Re: <u>United States v. John O'Brien</u>, No. 11-CR-0652 (SLC)

Dear Judge Cave:

On April 7, 2021, the Government filed its response brief (ECF No. 52) in opposition to the Defendant's letter to the Court of March 2, 2021, in which the undersigned requested that the Court recast its final judgment and orders with respect to the garnishment as a report and recommendation subject to *de novo* review by the District Court, or otherwise remedy the jurisdictional problem identified in the letter. The deadline for the filing of a reply brief in accordance with Local Rule 6.1(b) would be April 14, 2021. The undersigned did not receive any on-line notification of the filing of the Government's response, and the response itself, until Friday, April 9.[1] With that delay and the press of other matters, I find myself in need of some additional time to respond to the Government's arguments. As some of those arguments are not addressed squarely by my original letter brief, I believe that a reply from the Defendant is in order.

---

[1] Assistant United States Attorney John E. Gura, Jr. has pointed out to me that a copy of the Government's brief in opposition was delivered to my home address by Federal Express on April 8, 2021, but as I was traveling those days I did not obtain that copy.

Accordingly, the undersigned Defendant respectfully requests that the Court grant leave to the Defendant to file a reply brief in response to the Government's brief in opposition, no later than April 16, 2021. There have been no prior requests by the undersigned for extensions or postponements. I have contacted Mr. Gura, of the United States Attorney's Office, who indicated that the Government takes no position on this request.

                                          Respectfully submitted,

                                          John J. O'Brien
                                          **Defendant/Judgment Debtor**

cc:    John E. Gura, Jr., Esq.
        Assistant United States Attorney